**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Altaune Brown,**

**Plaintiff,**

**-against-**

**26 Tobacco Shop Corp, et al.,**

**Defendants.**

**1:26-cv-01395 (AT) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED that Defendant Fairfax Management Corp. shall respond to the outstanding discovery requests no later than July 17, 2026.

It is further ORDERED that the parties shall file a joint letter on August 7, 2026 regarding the status of discovery.

**SO ORDERED.**

Dated: New York, New York
July 6, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge