USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _10/20/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

Plaintiff,

-against-

26 TOBACCO SHOP CORP., and FAIRFAX MANAGEMENT CORP.,

Defendants.

26 Civ. 1395 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 10, 2026, the Court issued an order requiring Defendant, by September 17, 2026, to provide "an update on settlement and whether it consents to the matter being referred . . . to the Honorable Stewart D. Aaron for a settlement conference." ECF No. 27. To date, Defendant has not complied with the Court's order. Accordingly, by **October 26, 2026**, Defendant shall file a letter responding to the Court's September 10, 2026 order.

SO ORDERED.

Dated: October 20, 2026
New York, New York

ANALISA TORRES
United States District Judge