**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Altaune Brown,**

**Plaintiff,**

**-against-**

**26 Tobacco Shop Corp, et al.,**

**Defendants.**

**1:26-cv-01395 (AT) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than Wednesday, November 4, 2026, the parties jointly shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates when all parties and counsel are available for a settlement conference.

The email should indicate whether the parties are available for the selected dates in the morning, afternoon, or both, and indicate their preference for an in-person conference or a remote conference using Microsoft Teams. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

**SO ORDERED.**

Dated: New York, New York
October 27, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge